**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICHARD CHEN,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**NATIONAL ENTERPRISE SYSTEMS, INC.,**<br><br>    **Defendant.** | Case No.: 12-CV-5910 YGR<br><br>**ORDER TO APPEAR REGARDING JOINT DISCOVERY DISPUTE LETTER** |

On September 12, 2013, Plaintiff Richard Chen and Defendant National Enterprise Systems ("NES") filed their Joint Discovery Dispute Letter Regarding Plaintiff's Request for Production of Documents and the Deposition of NES's FRCP 30(b)(6) representative. (Dkt. No. 44.) The Court, having reviewed this filing, **ORDERS** as follows:

Lead counsel with the full authority to resolve all discovery disputes for Plaintiffs and NES are **ORDERED TO APPEAR** personally at **1:15 p.m. on Wednesday, September 18, 2013,** at the Federal District Courthouse, Courtroom 5, 1301 Clay Street, Oakland, regarding this discovery dispute. Counsel shall further meet and confer regarding the Request for Production of Documents, No. 23 and the scheduling of the Deposition of NES's FRCP 30(b)(6) representative. The parties shall report to Courtroom 5 to notify Courtroom Deputy Frances Stone of their arrival, and shall then proceed to the Attorney Lounge to meet and confer. The parties shall inform Ms. Stone when they have concluded their meeting.

**IT IS SO ORDERED**.

Date: September 13, 2013

                                                **YVONNE GONZALEZ ROGERS**
                                                **UNITED STATES DISTRICT COURT JUDGE**