**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICHARD CHEN,** on behalf of himself and all others similarly situated,<br><br>    **Plaintiff,**<br><br>    v.<br><br>**NATIONAL ENTERPRISE SYSTEMS, INC.,**<br><br>    **Defendant.** | **Case No.: 12-CV-5910 YGR**<br><br>**ORDER SETTING COMPLIANCE HEARING RE: SETTLEMENT** |

On October 25, 2013, Plaintiff filed a Notice of Settlement requesting 60 days to file dispositive documentation. (Dkt. No. 62.) On January 17, 2014, Plaintiff filed a Stipulation to Dismiss Individual Claims With Prejudice, seeking dismissal of the individual claims of Richard Chen only, and not addressing the class claims alleged herein.

The Court therefore sets this matter for a compliance hearing re: status of settlement of class claims and any motion for approval of class settlement. The compliance hearing is set for Friday, February 14, 2014, on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California in Courtroom 5.

No later than five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) a motion for preliminary approval of class settlement; or (b) a **JOINT STATEMENT** setting forth an explanation regarding the status of the class settlement. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

**Date: January 30, 2014**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**