# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL ENTERPRISE SYSTEMS, INC., ET AL.<br><br>Defendants. | Case No. 4:12-cv-05910-YGR<br><br>**ORDER** DISMISSING CLAIMS OF INDIVIDUAL PLAINTIFF RICHARD CHEN |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this action is dismissed in its entirety and with prejudice as to the individual claims of Plaintiff Richard Chen <u>only</u> pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and fees. This Order is WITHOUT PREJUDICE to the claims of any putative members of the alleged class. The Clerk is directed to close the case.

Dated this <u>12th</u> day of ~~January,~~ February, 2014.

_____
The Honorable Yvonne Gonzalez Rogers